THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Scott A. Kummer,       
Appellant,
 
 
 

v.

 
 
 
John C. Malpeli, III,       
Respondent.
 
 
 

Appeal From York County
Paul E. Short, Jr., Circuit Court Judge
John Buford Grier, Master-in- Equity

Unpublished Opinion No. 2003-UP-536
Submitted August 13, 2003  Filed September 
 10, 2003

AFFIRMED

 
 
 
Scott A. Kummer, of Clover, for Appellant.
Demetri K. Koutrakos, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Scott Kummer filed suit against 
 his landlord, John Malpeli, claiming Malpeli violated terms of the lease agreement.  
 Kummer appeals:  (1) the circuit courts order dismissing his complaint for 
 failure to prosecute and (2) the master-in-equitys order dismissing his complaint 
 on the basis of res judicata.  We affirm [1] pursuant to Rule 220(b)(2), SCACR 
 and the following authorities:  Town of Sullivans Island v. Felger, 
 318 S.C. 340, 344, 457 S.E.2d 626, 628 (Ct. App. 1995) (Under the doctrine 
 of res judicata, a final judgment on the merits in a prior action 
 will preclude the parties and their privies from re-litigating any issues actually 
 litigated or those that might have been litigated in the first action.); see 
 also Plum Creek Dev. Co. v. City of Conway, 334 S.C. 30, 34, 
 512 S.E.2d 106, 109 (1999) (Res judicata bars subsequent actions by the same 
 parties when the claims arise out of the same transaction or occurrence that 
 was the subject of a prior action between those parties.); Riedmand Corp. 
 v. Greenville Steel Structures Inc., 308 S.C. 467, 469, 419 S.E.2d 217, 
 218 (1992) (To establish res judicata, three elements must be 
 shown:  (1) identity of the parties; (2) identity of the subject matter; and 
 (3) adjudication of the issue in the former suit.).
AFFIRMED.
 STILWELL, HOWARD, and KITTREDGE, JJ., concur.

 
 [1] 
        We decide this case without oral argument pursuant to Rule 215, SCACR.